CV-53735

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ALFONSO AWWAD d/b/a,<br>IN AND OUT WIRELESS<br><br>    Plaintiff,<br><br>v.<br><br><br>STATE FARM INSURANCE<br>COMPANY<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action Number:<br>)   Case 2:11-cv-02828-SHM-tmp<br>)<br>)<br>)<br>)<br>) |

### JOINT NOTICE OF SETTLEMENT AND COMPROMISE

COME NOW the parties, pursuant to Local Rule 82.13, and give notice that all matters by and between the parties have been settled and compromised.

Respectfully submitted this 25th day of June, 2012.

        THOMASON HENDRIX HARVEY JOHNSON
        & MITCHELL, PLLC


        By: s/Christopher L. Vescovo
        Christopher L. Vescovo  (14516)
        Jonathan L. May  (27408)
        Attorneys for Defendant State Farm Fire and
        Casualty Company
        2900 One Commerce Square, 40 South Main Street
        Memphis, TN  38103
        (901) 525-8721

        s/Howard Wagerman
        Howard Wagerman (6773)
        Neil Umsted
        200 Jefferson Ave., Suite 1313
        Memphis, TN 38103
        Attorneys for Plaintiff
        901-527-0644

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person, via electronic mail, this the 25th day of June, 2012.

    Howard Wagerman, Esq.
    Neil Umsted, Esq.
    200 Jefferson Ave., Suite 1313
    Memphis, TN 38103
    Attorneys for Plaintiff
    Neil.umstead@gmail.com

                                            s/Christopher L. Vescovo
                                            Christopher L. Vescovo

4849-2686-5935, v. 1