```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

**ALFONSO AWWAD d/b/a**
**IN AND OUT WIRELESS,**

    **Plaintiff,**

**V.**                                                                           **NO. 11-2828-Ma**

**STATE FARM INSURANCE COMPANY,**

    **Defendant.**

### ORDER OF DISMISSAL

The parties have submitted a Joint Notice of Settlement and Compromise indicating that all disputes and claims alleged in this cause have been resolved.  This case is therefore dismissed with prejudice.

It is SO ORDERED this 3rd day of July, 2012.

                                            *s/  Samuel H. Mays, Jr.*
                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE