```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**ALFONSO AWWAD d/b/a**
**IN AND OUT WIRELESS,**

       **Plaintiff,**

**V.**                                                  **Cv. No. 11-2828-Ma**

**STATE FARM INSURANCE COMPANY,**

       **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed July 5, 2012.

**APPROVED:**


_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


_July 5, 2012_                              THOMAS M. GOULD
DATE                                        CLERK

                                                _s/  Jean Lee_
                                                (By) DEPUTY CLERK